IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

OTIS BLAXTON,
    Plaintiff,

vs.                                        Case No. 3:07cv227/MCR/EMT

PAIMI PROGRAM, et al.,
    Defendants.
_____/

**O R D E R**

        This cause is before the court upon Plaintiff's filing a civil rights complaint under 42 U.S.C. § 1983, an amended complaint, and a motion to proceed in forma pauperis (Docs. 1, 4, 5).

        Plaintiff's application to proceed in forma pauperis is denied, without prejudice, as it is incomplete. The instructions require that a print-out of the inmate's prison account be provided which covers the six month period prior to the filing of the petition. In this case, the complaint was filed on or about May 29, 2007 (*see* Doc. 1), therefore, the relevant six-month period is November 29, 2006 through May 29, 2007. Although Plaintiff submitted a print-out from his inmate account, it reflects his account activity for the month of April 2007 only. Additionally, although Plaintiff submitted a Prisoner Consent Form and Financial Certificate, it was not signed by an authorized prison official. Thus, before this matter may proceed, Plaintiff must either pay the filing fee of $350.00 or obtain leave to proceed in forma pauperis by filing a fully and properly completed application and attachments. No further action will occur in this case until the matter of the filing fee is resolved.

        Accordingly, it is **ORDERED**:

        1.    Plaintiff's application to proceed in forma pauperis (Doc. 5) is **DENIED** without prejudice.

        2.    The clerk is directed to forward an in forma pauperis application to Plaintiff.

Dockets.Justia.com

3.	Within **THIRTY (30) DAYS** from the date of docketing of this order, Plaintiff shall either pay the filing fee of $350.00 or submit a fully completed application to proceed in forma pauperis with the required attachments.

4.	Plaintiff's failure to comply with this order may result in the dismissal of this case.

**DONE AND ORDERED** this 13th day of June 2007.


/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**