IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

OTIS D. BLAXTON,
    Plaintiff,

vs.                                          Case No.:  3:07cv227/MCR/EMT

PAIMI PROGRAM, et al.,
    Defendants.
_____/

### **ORDER**

       This cause is before the court on Plaintiff's "Writ of Habeas Corpus to Proceed Forma Pauperis" (Doc. 9), which the court construes as a motion for reconsideration of the court's order issued on June 29, 2007, which granted his motion to proceed in forma pauperis in this civil rights action and directed him to pay an initial partial filing fee of $7.33, with the total fee being $350.00 (*see* Doc. 8).  In the instant motion, Plaintiff contends that this lawsuit is a habeas corpus proceeding, therefore, the filing fee should be $5.00 (*see* Doc. 9).

       Plaintiff has failed to show that the order issued June 29, 2007 was clearly erroneous or contrary to law; therefore, the motion for reconsideration shall be denied.  Initially, Plaintiff concedes in the instant motion that he seeks to challenge the conditions of his confinement (*see* Doc. 9).  Furthermore, in the document initiating this lawsuit, as well as in his amended complaint, Plaintiff claims that he was denied appropriate medical care at the Escambia County Detention Center, specifically, treatment for worms and a dental condition (*see* Docs. 1, 4).  This claim, which does not challenge Plaintiff's conviction or sentence, is properly brought in a civil rights action under 42 U.S.C. § 1983, not a habeas corpus proceeding.  Therefore, the instant motion will be denied.

       Plaintiff is advised that he may obtain review of an order of this court on any pretrial matter

by filing a motion for reconsideration with the district court, pursuant to 28 U.S.C. § 636(b)(1)(A), in which he must show that this court's order was clearly erroneous or contrary to law.

Accordingly, it is **ORDERED**:

Plaintiff's "Writ of Habeas Corpus to Proceed Forma Pauperis" (Doc. 9), construed as a motion for reconsideration, is **DENIED**.

**DONE AND ORDERED** this 12th day of July 2007.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**