**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

OTIS BLAXTON,
    Plaintiff,

vs.                                          Case No.: 3:07cv227/MCR/EMT

PAIMI PROGRAM, et al.,
    Defendants.
    _____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated November 16, 2007.  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.  This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

    **DONE AND ORDERED** this 18th day of December, 2007.

                                                        s/ *M. Casey Rodgers*
                                                    **M. CASEY RODGERS
                                                    UNITED STATES DISTRICT JUDGE**